

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ROBERT D. STRAIN, et al., *on behalf of themselves and a similarly situated class of retirees, spouses, and dependents,* </br></br>Plaintiffs,</br></br>vs.</br></br>STERIS CORPORATION,</br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:08 CV 1364</br></br>Judge Dan Aaron Polster</br></br></br></br>**<u>MINUTE ORDER</u>** |

The Court conducted a settlement conference with all parties and their counsel on August 5, 2008. During the conference, Plaintiffs disclosed that most providers in Erie, Pennsylvania will not accept the Aetna health insurance plan that Steris is now offering to retirees. The Court directed Defendant's counsel to submit a written proposal to resolve this problem to Plaintiffs' counsel (with a copy to be faxed to the Court) no later than August 19, 2008. Defendant agreed to submit a revised settlement proposal to Plaintiffs (with a copy faxed to the Court) in approximately 30 days.

A teleconference is scheduled for October 6, 2008, at 1:00 p.m., to be initiated by the Defendant. In the interim, the parties are to continue informal discovery to assemble the Plan

document and all related communications.

Finally, all filings previously postponed until Wednesday, August 20, 2008 (Order, July 10, 2008), are further postponed 60 days until Monday, October 20, 2008.

**IT IS SO ORDERED.**

_____
**Dan Aaron Polster**
**United States District Judge**